**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IVAN KHYTAILENKO et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action **No. 26-12775** |
| JOSEPH B. EDLOW, Director,<br>U.S. Citizenship and Immigration Services, et al., | ) | |
| Defendants, | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff hereby gives notice under Fed. R. Civ. P. 41(a)(1)(A)(i) that this action is voluntarily dismissed, as the agency has already adjudicated Plaintiffs' permanent residence applications.

Dated: September 21, 2026

Respectfully submitted on Plaintiffs' behalf,

*/s/ Gregory Romanovsky*

Gregory Romanovsky
Romanovsky Law Offices
12 Marshall Street
Boston, MA 02108
Tel.: 617 787 0000
E-mail: gr@romanovskylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Dismissal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: September 21, 2026

By: */s/ Gregory Romanovsky*
Gregory Romanovsky